| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____ Chapter  11 |
| ☐ Check if this is an amended filing |

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Pat's Home Services LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names
DBA PHS Construction

**3. Debtor's federal Employer Identification Number (EIN)**  88-3946252

**4. Debtor's address**

**Principal place of business**
70 Bordentown Chesterfield Road
Chesterfield, NJ 08515
Number, Street, City, State & ZIP Code

Burlington
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    Pat's Home Services LLC    Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District \_\_\_\_  When \_\_\_\_  Case number \_\_\_\_
District \_\_\_\_  When \_\_\_\_  Case number \_\_\_\_

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor \_\_\_\_  Relationship \_\_\_\_
District \_\_\_\_  When \_\_\_\_  Case number, if known \_\_\_\_

Debtor __Pat's Home Services LLC_____ Case number (*if known*)_____
     Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*
- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
                              Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Pat's Home Services LLC _____ Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 4, 2026
              MM / DD / YYYY

**X** /s/   Patrick Szumigraj             Patrick Szumigraj
   Signature of authorized representative of debtor      Printed name

Title   Member

**18. Signature of attorney**

**X** /s/ Melinda Middlebrooks        Date   February 4, 2026
   Signature of attorney for debtor                            MM / DD / YYYY

Melinda Middlebrooks
Printed name

Middlebrooks Shapiro, P.C.
Firm name

841 Mountain Avenue
Springfield, NJ 07081
Number, Street, City, State & ZIP Code

Contact phone   (973) 218-6877     Email address   middlebrooks@middlebrooksshapiro.com

4186 NJ
Bar number and State

Fill in this information to identify the case:

Debtor name: Pat's Home Services LLC

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 1270 Newark, NJ 07101-1270 | | | | | | $5,347.53 |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | | $4,500.00 |
| Cardmember Services P.O. Box 15123 Wilmington, DE 19850-5123 | | | | | | $21,672.24 |
| Cardmember Services P.O. Box 15123 Wilmington, DE 19850-5123 | | | | | | $19,237.92 |
| Cardmember Services P.O. Box 15123 Wilmington, DE 19850-5123 | | | | | | $16,361.01 |
| Elevate Funding c/o Aubrey Trasher 3050 Peachtree Road NW Suite 240 Atlanta, GA 30305 | | | | | | $36,560.00 |
| Everest Business Funding 12496 NW 25th St Miami, FL 33182 | | | Disputed | | | $28,755.00 |
| Falcon Fuel HVAC 2615 Hamilton Avenue Hamilton, NJ 08619 | | | | | | $5,305.00 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 1

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Pat's Home Services LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Home Depot<br>P.O. Box 70600<br>Philadelphia, PA 19176-0600 | | | | | | $26,560.83 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $17,000.00 |
| IOU Central Inc.<br>600 Town Park Lane, Suite 100<br>Kennesaw, GA 30144 | | | Disputed | | | $70,000.00 |
| Truist Bank<br>P.O. Box 791622<br>Baltimore, MD 21279-1622 | | | | | | $15,631.17 |
| WebBank<br>P.O. Box 757<br>Portsmouth, NH 03802 | | | | | | $6,200.00 |
| WebBank<br>P.O. Box 757<br>Portsmouth, NH 03802 | | | | | | $6,043.87 |
| WebBank<br>P.O. Box 757<br>Portsmouth, NH 03802 | | | | | | $4,239.39 |
| Worldpay Payment Resolution<br>P.O. Box 639726<br>Cincinnati, OH 45263-9726 | | | | | | $95,000.00 |

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Cardmember Services
P.O. Box 15123
Wilmington, DE 19850-5123

Elevate Funding
c/o Aubrey Trasher
3050 Peachtree Road NW Suite 240
Atlanta, GA 30305

Everest Business Funding
12496 NW 25th St
Miami, FL 33182

Falcon Fuel HVAC
2615 Hamilton Avenue
Hamilton, NJ 08619

Home Depot
P.O. Box 70600
Philadelphia, PA 19176-0600

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IOU Central Inc.
600 Town Park Lane, Suite 100
Kennesaw, GA 30144

New Jersey Division of Taxation
Compliance and Enforcement - Bankruptcy
3 John Fitch Way, 5th Floor P.O. Box 245
Trenton, NJ 08695-0245

Office of the United States Trustee
One Newark Center, Suite 2100
1085 Raymond Boulevard
Newark, NJ 07102

Patrick Szumigraj
70 Bordentown Chesterfield Road
Chesterfield, NJ 08515

Truist Bank
P.O. Box 791622
Baltimore, MD 21279-1622

```
United States Attorney General
United States Department of Justice
Ben Franklin Station P.O. Box 683
Washington, DC 20044


United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102


WebBank
P.O. Box 757
Portsmouth, NH 03802


Worldpay Payment Resolution
P.O. Box 639726
Cincinnati, OH 45263-9726
```

# United States Bankruptcy Court
## District of New Jersey

In re: Pat's Home Services LLC, Debtor(s)

Case No.
Chapter: 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Pat's Home Services LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

February 4, 2026
Date

/s/ Melinda Middlebrooks
Melinda Middlebrooks
Signature of Attorney or Litigant
Counsel for  Pat's Home Services LLC
Middlebrooks Shapiro, P.C.
841 Mountain Avenue
Springfield, NJ 07081
(973) 218-6877  Fax:(973) 218-6878
middlebrooks@middlebrooksshapiro.com